THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Lester, Robert Berry  CASE No. 09-68683
Lester, Conchita Gagulada  Chapter 7
  Honorable Marci B. McIvor

_____Debtor(s)_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $.56 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| SBSE/Insolvency Unit of IRS | 2U | $.0049 |

**TOTAL**  **$62.72**

Dated: October 14, 2010

/s/ Kenneth A. Nathan
Kenneth A. Nathan, Trustee
260 Franklin Center
29100 Northwestern Highway
Southfield, MI 48034
(248) 351-0099
knathantrustee@nathanzousmer.com